PHILLIP A. TALBERT
Acting United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Mar 17, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(D) DIRECTING WEST COAST INTERNET, INC. TO PROVIDE CERTAIN RECORDS RELATING TO AKOP ELECHYAN AND EAGLE FIRE & WATER RESTORATION, INC. | CASE NO. 1:21-sw-0088-EPG<br><br>[~~PROPOSED~~] ORDER |

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring West Coast Internet, Inc., an electronic communications service provider and/or a remote computing service headquartered in Dana Point, California, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

The Court determines that there is reason to believe that notification of the existence of this Order will seriously jeopardize the ongoing investigation, including by giving targets an opportunity to destroy or tamper with evidence or change patterns of behavior. *See* 18 U.S.C. § 2705(b)(2), (5).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that West Coast Internet, Inc. shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

1 IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that West Coast Internet, Inc. shall not disclose the existence of the application of the United States, or the existence of this Order of the Court, to the subscribers of the account(s) listed in Attachment A, or to any other person, for 180 days, except that West Coast Internet, Inc. may disclose this Order to an attorney for West Coast Internet, Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated: **Mar 17, 2021**

The Honorable Erica P. Grosjean
UNITED STATES DISTRICT JUDGE

# ATTACHMENT A

**I.     The Account**

The Order applies to certain records and information associated with email address ow@fea.net.

**II.    Records and Other Information to Be Disclosed**

West Coast Internet, Inc. is required to disclose the following records and other information, if available, to the United States for the account or identifier listed in Part I of this Attachment (the "Account"), for the time period July 1, 2020 through the present, regardless of whether such information is located within or outside of the United States:

- A. The following information about the customers or subscribers of the Account:
    1. Names (including subscriber names, user names, and screen names);
    2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
    3. Local and long distance telephone connection records (including records of text messages sent and received);
    4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
    5. Length of service (including start date) and types of service utilized;
    6. Telephone or instrument numbers (including MAC addresses);
    7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and
    8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

    B.      All records and other information (not including the contents of communications) relating to the Account, including:

           1.      Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses; and

           2.      Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers).

West Coast Internet, Inc. is hereby ordered to disclose the above information to the government within 14 days of issuance of this Order.